

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00205-CV

| | | |
|---|---|---|
| FORT WORTH INDEPENDENT SCHOOL DISTRICT, Appellant | § § | On Appeal from the 271st District Court |
| | § | of Wise County (CV12-07-438) |
| V. | § | June 13, 2019 |
| | § | |
| JOSEPH PALAZZOLO, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying appellant's plea to the jurisdiction. We affirm the trial court's order and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellant Fort Worth Independent School District shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth